CLERK'S OFFICE U.S. [DIST.] COURT
AT ROANOKE, VA
FILED

OCT 12 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

**For Clerk's Office Use**

| Judge | Rec'd Date | Grv. |
|---|---|---|
| M | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Brian David Hill

**PRISONER NO.:** 320165

**PLACE OF CONFINEMENT:** Martinsville City Jail, P.O. Box 1326, Martinsville, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Brian David Hill (USWGO)
Enter Full Name    Plaintiff

VS.

Martinsville City Jail (MCJ)
Martinsville Police Department (MPD), 300 Clearview Dr./P.O. Box 1326, Martinsville, VA 24112
Enter Full Name(s)    Defendant(s)

**CIVIL ACTION NO.** 718CV499

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes   __✓__ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes _____   No __✓__

1. If your answer is YES, indicate the result. Attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is NO, indicate the reason for failure to exhaust. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

Certain facts cannot be resolved through a jail grievance.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.
Officers have poorly taken care of my medical needs which include brittle Type 1 Diabetes. That is cruel and unusual punishment. This puts me at high risk of Ketoacidosis, nerve damage, kidney damage.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.
This Jail does not contain a law library. I cannot proceed in my 2255 case without a lawyer or law library. 2255 at issue is Brian David Hill v. U.S., case #1:13-cr-435-1, Middle Dist. of North Carolina.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.
The Jail's policies, rules, and restrictions are obstructing my ability to effectively prosecute my Federal Writ of Habeas Corpus 2255 Motion, if I can prosecute at all

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.
To declare that the Jail violated my Constitutional rights, legal rights, and privileges under the color of law. To order the Jail to take better care of Plaintiff's health

SIGNED THIS __8th__ DAY OF __October__, 20__18__.

Brian David Hill U.S.W.G.O.

(Signature of Each Plaintiff) __Brian D. Hill__
Signed

**VERIFICATION:**

I, __Brian David Hill__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: __10/8/2018__ SIGNED: __Brian D. Hill__
Signed

Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

ATTN: Clerk of the Court
U.S. District Court
210 Franklin Road SW Suite 540
Roanoke, VA 24011-2208



GREENSBORO NC 274
PIEDMONT TRIAD AREA
10 OCT 2018 PM 6 L

LEGAL MAIL