Clerk, please write or type case number on my pleading. Don't know civil case number but mailed out my filled out complaint under Civil Rights Act. Please add this pleading as a document for that case. Very important.

Thanks, Brian D. Hill U.S.W.G.O.