In The United States District Court
For The Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 29 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

Brian David Hill (USWGO),
Plaintiff;

Civil Action No.
7:18-cv-00499

V.

Martinsville City Jail, et al,
Defendant(s)

## EMERGENCY STATUS REPORT AND DECLARATION - ~~SEPTEMBER 23, 2018~~ OCTOBER

I, Brian D. Hill ("Brian", "Hill"), file this emergency status report and declaration with the honorable court with further evidence that the Martinsville City Jail ("MCJ") has endangered my health and thus putting my life and health in danger by their actions.

I, Brian David Hill, make statements of facts, subject to the penalties of perjury thereof produce the following statements:

(1) The 2-page "Notes" paper attached thereto, is a true and correct but imperfect hand written copy of notes that Brian had written, which is documentation of officers of MCJ not knowing what they are doing, as every officer that gives me my Basaglar insulin knows that I do 28 units of Basaglar every day, once a day. Yet I noticed on the night of October 22, 2018 that one entry says that I received 20 units of Basaglar one night and another says about 22 units of Basaglar.

1

(2) Whether the intent is fraud or making mistakes, it is dangerous to put incorrect/false numbers in my medical records at MCJ and can cause officers to give me incorrect amounts of insulin as a result of untrue/incorrect numbers being added to my diabetic log medical records of MCJ. That concerns me to a great extent.

(3) Another concern of mine is how slow they react to my low blood sugars as well as high blood sugars. That also puts my life in danger. That puts me at risk of a seizure, coma, nerve damage, eye damage, kidney damage, or death.

What good does the exhaust of administrative remedies do if I could go into a seizure, coma, or death? Diabetes isn't something to play around with. MCJ is damaging my health and putting it in jeopardy. It is my belief that only the Federal Court can fix this.

I declare under penalty of perjury that the foregoing is true and correct. respectfully submitted to the court on Oct. 23, 2018.

Executed on Oct. 23, 2018.

Brian D. Hill
signed

— Certificate of Service —
I certify that the foregoing pleading was mailed on October 23, 2018, deposited in mailbox. I request Clerk serve all parties via CM/ECF.

Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
#302185

Inmate Trust Account form, attached to a request form and hand delievered to officer at approx. 5:00PM, Oct. 22, 2018. Awaiting response.

JusticeForUSWGO.wordpress.com
U.S.W.G.O.

2

Brian David Hill    Oct. 21, 2018    Hand Written Copy

Notes:    Martinsville City Jail

Around 9:05 approximately or around that time, Officer Tyler checked my blood sugar at medical area, it was 301. I took 28 units of Basaglar, weight at 184.8 after checking weight. Told Officer Tyler that I should take at least a few units but he wouldn't do that likely overruled by Officer Cooper. Officer Tyler would only let me do Basaglar (long acting) insulin. I was sent back. What good does Basaglar do for blood sugar of 301? I was prescribed NovoLog (fast acting) for high blood sugar and for the carbs of meals I eat insulin-to-carb-ratio, Basaglar once a night. When I was back I was frustrated and panicky. I made a quick emergency call to grandparents 276-224-4527 Thanks to inmate Register a Trustee, directing them to get on to ignorent Officer Cooper about me not getting my NovoLog, told them I will have to walk for about an hour to lower my blood sugar so that it won't be high all night. I started walking for approximately an hour or almost an hour. Officer Tyler asked if I was okay I told him that I was walking to lower my blood sugar to at least 200, he said that I had got my Basaglar insulin, as if that will magically lower my 301 blood sugar quickly. I later found out from inmate named West that the officer behind the glass at the control room was concerned that I'd walk myself to death. They'd let idiot Officer Cooper manipulate all officers to not let me do any NovoLog insulin at night and take only Basaglar, no matter how high my blood sugar is. My nerves were hurting, I was agitated and almost snapped at a few ignorant inmates that do not have diabetes.

1

Case 7:18-cv-00499-NKM-JCH    Document 5    Filed 10/29/18    Page 3 of 6    Pageid#: 20

inmate Joey gave me coffee without sugar hoping that it would help lower my blood sugar, drink another cup with just water,. One cup of water, one cup of water with coffee added warm. I had to use the bathroom to empty excess glucose from my body. My nerve pain isn't as bad after my walking in my cell unit (Pod), using the bathroom, and drinking both water and coffee. It is close to midnight as I finish these important notes. I close the note writing till a further update comes. Closing at 12:00pm at October 22, 2018 (0:00) Monday. Added few words 12:05pm.

5:14am, Officer Tyler checked blood sugar and it was I believe to be 146 which shows that the exercising and water drinking worked. I was given 11 units of NovoLog prior to eating breakfast. It is not Tyler's fault why I was given no NovoLog insulin but was Cooper's fault. The 11 units should cover my breakfast and again prove my case that being given insulin prior to eating is best. Closed at 6:09AM October 22, 2018, Mon.

Oct. 23, 2018 | 11:20am, Officer Rumley checked blood sugar at approximately 10:45am, it was 66, that is low blood sugar. He, Rumley said that lunch will get there in 20 minutes, it is 11:25am now and no lunch yet. Last night, yesterday, officer was confused to what I took for Basaglar because he checked the medical log under my name and one entry says 20 units or 22 units of Basaglar another night. That is a false or incorrect entry as they have me take 28 units of Basaglar insulin every night, yet putting incorrect or invalid entries for other nights. They do not know what they are doing. Closing at Oct. 23, 2018 at 11:33 AM. [2] Received lunch at 11:36AM.



Brian David Hill #302465
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

Clerk of the Court
U.S. District Court
210 Franklin Road SW Suite 540
Roanoke, VA 24011-2208

LEGAL MAIL

24011-000340

THE MARTINSVILLE CITY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM, THEREFORE, THE JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

RECEIVED
OCT 29 2018
USDC Clerk's Office
Mail Room