In The United States District Court
For The Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 31 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Brian David Hill (USWGO), Plaintiff,

Case no. 7:18-cv-499

v.

Martinsville City Jail, et al, Defendant(s)

## EMERGENCY OCTOBER 28, 2018 STATUS REPORT AND DECLARATION

I, Brian David Hill ("Brian", "Hill", "Plaintiff"), file this Emergency Status Report with the Court on further concerns and issues of Martinsville City Jail ("MCJ") in a written Declaration for the honorable court. Under concerns of health endangerment, this court has the authority to waive administrative remedy exhaust requirement.

### —Declaration—

I, Brian D. Hill, provide factual statements to the Court, and subject to the penalties of perjury thereof provide the following under Oath:

(1) On October 27, 2018, I have written and placed in the mailbox of MCJ, a letter directed to U.S. Dept. of Health and Human Services as a "Complaint/Request for inquiry" against MCJ and asking for a audit or investigation into MCJ. Letter in envelope for address of 200 Independence S.W., Washington, DC 20201, Hubert H. Humphrey Building.

1

RECEIVED
OCT 31 2018
USDC Clerk's Office
Mail Room

(2) Around approximately 9:00PM or near that time, blood sugar was checked that night of Oct. 27, 2018. Blood sugar was 428, given 12 or 10 units of NovoLog insulin, but no Basaglar insulin for the night of Oct. 26 and 27. When I came back I walked for a little bit until at approx. 10:00PM when Officer Preston said that I couldn't walk in my Pod/unit and we had to go to our beds. I responded with that this is going in the lawsuit but Preston didn't seem to care. For a few hours my whole body was in pain, pain on scale from 1 to 10, mine was 9. I feared diabetic nerve pain. At approx. 12:00PM at night, asked Officer woman for my blood sugar to be tested. When Officer Koger tested it, it was 43. Officer Preston did help to give me juice, he did right there, but still felt nerve pain during low blood sugar. NovoLog insulin lowering blood sugar late at night without Basaglar proves Officer Cooper wrong. What if blood sugar did not drop, I would have been at high risk of coma, death, nerve/kidney/eye damage, irreversible damage.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 28, 2018.

Brian D. Hill
-signed-

-Certificate of Service-
I certify that this pleading has been deposited in the MCJ mailing system on October 29, 2018 in a envelope to the Clerk. Respectfully filed on Oct. 29, 2018. Request that it be served on all parties.

Brian David Hill
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
#302165
U.S.W.G.O.
JusticeForUSWGO.wordpress.com

2

Brian David Hill #30246 GREENSBORO NC 27F
Martinsville City Jail PIEDMONT TRIAD AREA
P.O. Box 1326                    29 OCT 2018 PM 3 L
Martinsville, VA 24114

Clerk of the Court
U.S. District Court
210 Franklin Road, Room 540
Roanoke, VA 24011

L@G∆L MAIL

24011-000340

THE MARTINSVILLE CITY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM, THEREFORE, THE JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

RECEIVED
OCT 31 2018
USDC Clerk's Office
Martinsville