CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

INMATE CONSENT FOR WITHHOLDING OF PAY
FOR ASSESSED FILING FEE FOR THE WESTERN DISTRICT OF VIRGINIA

BRIAN DAVID HILL,
　　Plaintiff,

Civil Action No. 7:18-cv-00499

v.

MARTINSVILLE CITY JAIL, et al,
　　Defendant(s).

## CONSENT TO FEE

I, BRIAN DAVID HILL 320165, hereby consent for the appropriate prison officials to withhold from my prison account an initial payment of $0.00 and to collect on a continuing basis each month, an amount no more than 20% of each prior month's income, until such time as the filing fee of **$350.00** has been collected in full. Each time the collection of payments reaches the amount of $10.01, the Trust Officer shall forward the interim payment to the Clerk's Office, U. S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208, until such time as the fees are paid in full. <u>By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.</u>

I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing fee is paid.

_Brian D. Hill_
　Signed　　　　U.S.W.G.O.
SIGNATURE OF PLAINTIFF
DATE 10/31/2018

\*\*\*After signing this form, I understand that I am to send it back to the Court for processing to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.



Brian David Hill #302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

GREENSBORO NC 274
PIEDMONT TRIAD AREA
01 NOV 2018 PM 5 L

ATTN: Clerk of the Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208

LEGAL MAIL

24011-221459