# Motion for Emergency Injunction

Unless Officer Cooper has received a order from the Jail Doctor, I ask the Court to enjoin Officer Cooper of Defendant Martinsville City Jail, to prevent him from denying or changing Plaintiff's Basaglar insulin without an order from the Jail Doctor.        Thanks

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 14 2018

JULIA C. DUDLEY
BY: /s/
DEPUTY CLERK

Brian D. Hill
Signed
Brian David Hill
Plaintiff

3

In The United States District Court
For The Western District of Virginia

| Brian David Hill (USWGO), | Case no. 7:18-cv-499 |
| Plaintiff, | |
| | Request for Injunction |
| v. | |
| Martinsville City Jail, | |
| Martinsville Police Department, | |
| Defendant(s) | |

## EMERGENCY DECLARATION

I, Brian David Hill, make the following emergency statements, subject to the penalties of perjury thereof:

(1) Around approximately 8:50 to 8:55PM November 5, 2018, I had got my blood sugar tested, it was 126 or 129. Officer Cooper told me that I ain't getting anything, not even my usual 28 units of Basaglar which is my long acting insulin. I thought the way he acted towards me, had attitude, and behavior had given me the impression that he had retaliated against me for naming him in my past pleadings, in a negative light. He didn't show me a doctor order, he (Officer Cooper) had made the decision himself to deny me the long acting insulin, he is no doctor, and making his own personal decisions on my medical needs without a doctor order.

1

## Request for Injunction

See attached Motion

Lt. Officer Cooper, if he is a lutinent had endangered my life with that decision. After I had called my grandparents and told them what had happened; around approximately 10:25PM Officer Cooper came back and said I can get a portion of my usual Basaglar insulin. He asked how much I normally take, I told him 28. He said that I will get 10 units of Basaglar. He definitely acted cold, he gave me a partial victory. 10 units was better than nothing but he still overwritten my doctor. He said that he had got a call from my grandparents, then he called the medic. So he got overwritten thanks to my family. Officer Cooper is putting my life in immediate danger by attempting to play doctor. If 10 units a night becomes the norm cause of Cooper, then he is endangering my life. The Court needs to take swift action against Defendants' NOW. Please.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2018.

Respectfully filed with the Court, this the 5th day of November, 2018.

## Certificate of Service

I certify this emergency filing was mailed out on November 6 5, 2018, directed to the Clerk. I request that the Clerk serve copies with all parties in this case by Notice of Electronic Filing.

Brian D. Hill
signed

Brian David Hill
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
U.S.W.G.O.
JusticeForUSWGO.wordpress.com

2

Brian David Hill #302765
Martinsville City Jail
P.O. Box 1326
Martinsville VA 24114

Clerk of the Court
U.S. District Court
- Emergency Motion -
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208

LEGAL MAIL