# In The United States District Court
## For The Western District of Virginia

| | |
|---|---|
| Brian David Hill (USWGO), Plaintiff, | Civil Action no. 7:18-cv-499 |
| V. | |
| Martinsville City Jail, et al, Defendant(s), | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 15 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## MOTION TO REQUEST COUNSEL TO REPRESENT PLAINTIFF

Plaintiff Brian D. Hill ("Plaintiff", "Hill", or "Brian") is requesting, that if his request/application to proceed in forma pauperis is granted by this honorable Court, that the Court grants this Motion requesting Counsel to represent Plaintiff for the special circumstances mentioned in this pleading. The statutory authority may be under Title 28 U.S.C. § 1915(d) or ~~other~~ any other applicable provision under the statute.

Here are the special circumstances for requesting and for why Counsel must represent Plaintiff in this case:

(1) Plaintiff is detained in a facility which contains no law library, no copies of the federal court rules, no access to a photocopy machine, and no access to any statutes and no access to case law.

1

(2) Plaintiff is limited to what pleadings he can file in this case with no law library and no lawyer. Plaintiff will be unable to file any memorandums of law/briefs.

(3) Plaintiff doesn't have access to any pleading records that can aid him in this case. Plaintiff doesn't have access to the docket sheet in this case.

(4) Paytel Phone system is restrictive. Plaintiff has no access to any lists of attorneys/lawyers. Plaintiff has extreme difficulty if not impossible to contact lawyers to represent Plaintiff on a Pro Bono basis. With limited stamps and paper it will be difficult to mail and ask for consultation with each lawyer.

For the foregoing facts and the extrodinary circumstances of Plaintiff's situation, Plaintiff needs the Court to request Counsel, Pro Bono, to ~~reprent~~ represent Plaintiff under the In Forma Pauperis statute. I respectfully file this Motion with the Court, this the 12th day of November, 2018.

Brian D. Hill
signed

Brian David Hill
#302165
Martinsville City Jail
P.O. Box 1326
55 West Church St.
Martinsville, VA 24114
U.S.W.G.O.
JusticeForUSWGO.wordpress.com

-Certificate of Service-
I certify that I deposited this pleading in a prepaid envelope in the Institution's mailbox/mail system on November 12, 2018, addressed to the Clerk. The Clerk shall notify all parties via Notice of Electronic Filing by CM/ECF

2

Brian David Hill #302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114

Clerk of the Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208



LEGAL MAIL

THE MARTINSVILLE CITY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM, THEREFORE, THE JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

RECEIVED
NOV 15 2018
USDC Clerk's Office
Mail Room