# In The United States District Court
## For The Western District of Virginia

| | |
|---|---|
| Brian David Hill (USWGO), Plaintiff, | Case no 7:18-cv-499 |
| v. | |
| Martinsville City Jail, Martinsville Police Department, Defendant(s), | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 29 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this case without prejudice. Plaintiff gives this opinion as well.

### -Opinion-

I, Brian David Hill ("Brian" or "Hill"), have come to the conclusion that Martinsville Police Department is corrupt and will not ever go after the guy wearing a hoodie that had threatened to kill my mother Roberta Hill, that "they" will kill my mother if I didn't get naked in public and take photos of myself to be subject to a blackmail operation. I cannot trust Martinsville Police anymore, they won't arrest the real bad guys, they are a disappointment, a failure.

1

The Martinsville Police Department ("MPD") can get away with subjecting me to suffer in Martinsville City Jail ("MCJ") when I'm the victim of crime. I am innocent according to Assistant Public Defender Scott Albrecht of Martinsville. Yet I can be denied diabetic insulin by Officers like Lt. Cooper of MCJ, he can have me killed in Jail by denying me any medical care and I can't hold anybody accountable for my mistreatment.

I don't trust Martinsville Police anymore. I don't trust them, they will not protect my family. I thought I would be safe in Virginia, I thought my family would be safe there. A guy wearing a hoodie threatened to kill my mother and my reward for telling Officer Sgt. R.D. Jones the truth is being thrown in Jail (MCJ) for months when my court appointed lawyer says that I am innocent. I can be denied my insulin by MCJ, I can be killed or die, be medically neglected, yet I cannot protect myself. I guess I, the victim, deserve to die by the hands of MCJ. They can execute me with impunity and I can't legally do anything about it. My family can be murdered and I cannot do anything about it. I am real disappointed in law enforcement, I suffer as a victim of crime in Jail. MPD can refuse to investigate the threatening greeting card that my mother received months prior to September 20-21, 2018, this year, from Tennessee. I can be the perfect victim of any perfect crime. Sorry Brian, be a victim of crimes.

2

A victim of perjury, blackmail set up operation, subornation of perjury, Obstruction of Justice, and the threat of my mother being killed. I am the victim of crimes, yet I sit in MCJ, my health deteriorates and my health slowly degrades, I suffer high risk of permanent nerve damage, eye damage, Kidney damage, death, coma. My health slowly deteriorated since September 21, 2018, the date of my arrest. I can suffer cruel and unusual punishment sit in Jail for months, all because I was threatened and coerced into getting naked on the Dick and Willie trail in Martinsville, at night. I told Officer Sgt. R.D. Jones that I have Autism and he refused to believe me. Even though by Virginia Department of Motor Vehicles ("DMV") records I am legally handicapped by a certified Medical Doctor as having a neurological/mental disability of Autism Spectrum Disorder, the police can easily have checked my disability/handicap from the DMV, yet MPD has refused to investigate any of my claims, not even my claims ~~verifable~~ verifyible by Government records. Yet I sit in Jail, suffering slow permanent health damage. I can't even hold Defendants MCJ and MPD accountable for damaging my health and endangering my life while the Assistant Public Defender says I am innocent, that I did not break the law. MPD is broken, MCJ is broken. Our Constitution is broken, I have lost my Patriotism, I have no Patriotism left, just as former Minnesota Governor Jesse Ventura had said. I have lost faith in our criminal justice system. I sit in Jail for being a victim.

3

The Jail (MCJ) can ignore doctor orders if they want, they can violate whatever Federal law that they want. Lt. Cooper can refuse me to have any diabetic insulin, he can kill me in an orderly fashion if he wanted, and Officer Lt. Preston can order me not to exercise while my diabetic blood sugar is sky high, and be denied my fast acting insulin. They could kill me in an orderly fashion if they wanted and I cannot even file a lawsuit against them to protect my own life.

Both Defendants' are above the law and can harm me and/or kill me if they wish. They can ignore evidence, ignore crimes, and we have no equal protection under the laws in violation of the Fourteenth Amendment of the United States Constitution. Then there are good Officers of Martinsville City Jail like Duncan, Tyler, Koger, and Lt. Law, and others but their hands can be tied by the upper esh echelon and they can be forced into bad orders. All of that makes me sad. MCJ has no law library so I have no access to our National/State/Local laws, no access to case laws of our courts, no access to our court rules. My due process can be completely subverted and taken away from me when I am in Jail, in violation of the Fourteenth (14th) Amendment of the U.S. Constitution Bill of rights. I can be deprived of my 2255 case that was ongoing prior of being jailed by Defendant MPD and in MCJ, basically I can be deprived of my Federal Writ of Habeas Corpus, by MCJ policies.

4

Our Constitution lay in shambles, our laws hold no value anymore. This makes me sad. Since September 11, 2001, our Constitution is truly dead. Donald Trump, our 45th honorable President of these United States is right. We need to Drain The Swamp (#DrainTheSwamp) legally and lawfully of the corruption from all levels of Government. Then we can fix the laws, and can hold even MCJ and MPD accountable. Until the laws are fixed and the corruption is held accountable, I hereby dismiss my case and hope that I am not killed in MCJ by medical neglect. Martinsville Police mishandled the situation, they have put my life in danger, my family's life in danger. There is nothing I can do about it. I'm sorry things are this way. I hereby request voluntary dismissal of this case without prejudice. I thank the honorable Court and honorable Judges for their time in this matter. I hope I do not die here. I thank the Court for reviewing over my case.

Respectfully filed with the Court, this the 26th day of November, 2018.

Respectfully submitted,
Brian David Hill
#302165
Martinsville City Jail
P.O. Box 1326
55 West Church Street
Martinsville, VA 24114
U.S.W.G.O.

Brian D. Hill
Signed
U.S.W.G.O.
JusticeForUSWGO.wordpress.com
#DrainTheSwamp

5

# Certificate of Service

I, Brian David Hill, Plaintiff, certify that I have deposited the foregoing pleading in the Jail's Institutional mailing system on November 26, 2018 in a prepaid envelope, directing it to be filed by the Clerk of the Court. Then I request that the Clerk notify all parties by any means including Notice of Electronic Filing (NEF) via CM/ECF. All in accordance with the Federal In Forma Pauperis statute. Thank You.

Respectfully submitted,
Brian David Hill (Pro Se)
#302165
Martinsville City Jail
P.O. Box 1326
Martinsville, VA 24114
55 West Church Street
Martinsville, VA 24112
formerly U.S.W.G.O. Alternative News uswgo.com

Brian D. Hill
signed

JusticeForUSWGO.wordpress.com
#DrainTheSwamp
#MakeAmericaGreatAgain

6

Brian David Hill #302165
Martinsville City Jail
P.O. Box 1328
Martinsville, VA 24114

ATTN: CLERK of the Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011-2208

GREENSBORO NC 274
PIEDMONT TRIAD AREA
27 NOV 2018 PM 4 L

FOREVER USA
Barn Swallow

24011-000340

LEGAL MAIL

RECEIVED

NOV 29 2018

LSDC Clerk's Office
Mail Room

THE MARTINSVILLE CITY JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM, THEREFORE, THE JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016